UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE CORONADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY A. BEARD,<br><br>　　　　Respondent. | No. 1:15-cv-00045-LJO-BAM HC<br><br>**ORDER DENYING PETITIONER'S MOTION FOR EVIDENTIARY HEARING**<br><br>**(Doc. 24)** |

　　Petitioner, a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for an evidentiary hearing on his claims. Respondent has not filed opposition or consent. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

　　A court has inherent power to control its docket and the disposition of cases with economy of time and effort for both the court and the parties. *Landis v. North American Co.*, 299 U.S. 248, 251-55 (1936); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). Petitioner's motion is most efficiently considered when the Court begins its review of the record and consideration of the petition. Because of the large volume of habeas petitions and limited Court resources, the petition in this case will be addressed in due course.

　　Accordingly, it is hereby ORDERED that consideration of Petitioner's motion for evidentiary hearing is DENIED as premature, until the Court considers the merits of the petition.

IT IS SO ORDERED.

　　Dated:　**January 4, 2016**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1